**Electronically Filed**
**Supreme Court**
**SCWC-18-0000906**
**23-APR-2020**
**02:29 PM**

SCWC-18-0000906

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Interest of HK and KK
(CAAP-18-0000906; FC-S NO. 16-00210)

-----------------------------------------------------------------

In the Matter of the Guardianship of HK and KK
(CAAP-18-0000907; FC-G NO. 18-1-6064)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, April 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

